UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORGE DE JESUS, individually and on behalf of others similarly situated,<br><br>      Plaintiff,<br><br> -v-<br><br>CARNEGIE VALET CLEANING CORP., CARNEGIE LINEN SERVICES, INC., GOTHAM CLEANERS, INC., and CORY PERLSON,<br><br>      Defendants. | CIVIL ACTION NO.: 23 Civ. 4783 (PAE) (SLC)<br><br>**ORDER TO INITIATE DEFAULT PROCEEDINGS** |

**SARAH L. CAVE,** United States Magistrate Judge:

  The Complaint in this action was served on Defendants Carnegie Valet Cleaning Corp. ("Carnegie Valet"), Carnegie Linen Services, Inc. ("Carnegie Linen"), and Gotham Cleaners, Inc. ("Gotham") on June 9, 2023, with Answers due on June 30, 2023. (ECF Nos. 12–14). No Answers having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **July 12, 2023** as to Carnegie Valet, Carnegie Linen, and Gotham, and to file Motions for Default Judgment in accordance with the Individual Practices of the Honorable Paul A. Engelmayer, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **July 26, 2023.**

Dated:  New York, New York
     July 5, 2023

                  SO ORDERED.

                  _____
                  **SARAH L. CAVE**
                  **United States Magistrate Judge**