UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE DE JESUS, individually and on behalf of others similarly situated,

                Plaintiff,

-v-

CARNEGIE VALET CLEANING CORP., CARNEGIE LINEN SERVICES, INC., GOTHAM CLEANERS, INC., and CORY PERLSON,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 4783 (PAE) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

The Complaint in this action was served on Defendant Cory Perlson ("Mr. Perlson") on June 22, 2023, with the Answer due on July 13, 2023. (ECF No. 16). No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **July 21, 2023** as to Mr. Perlson, and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Paul A. Engelmayer, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **August 4, 2023.**

The Court sua sponte EXTENDS Plaintiff's deadline to file a Motion for Default Judgment as to Defendants Carnegie Valet Cleaning Corp., Carnegie Linen Services, Inc., and Gotham Cleaners, Inc. from July 26, 2023 (see ECF No. 17) to **August 4, 2023** for consistency.

Dated:      New York, New York
              July 14, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**