UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JORGE DE JESUS individually and on behalf of
others similarly situated,

    Docket No.: 23-cv-04783-PAE

 *Plaintiff*,

**PROPOSED DEFAULT JUDGMENT**

-against-

CARNEGIE VALET CLEANING CORP.,
CARNEGIE LINEN SERVICES, INC. (D/B/A
CARNEGIE LINEN SERVICES, INC.),
GOTHAM CLEANERS, INC. (D/B/A
GOTHAM CLEANERS) and CORY PERLSON,

    *Defendants*.

---------------------------------------------------------X

**JUDGMENT**

    Plaintiff De Jesus commenced this action on June 7, 2023. (ECF Dkt. No. 1). The summons and complaint in this action having been duly served on defendants Gotham Cleaners, Inc. (d/b/a Gotham Cleaners) and Cory Perlson, and said Defendants having failed to pled or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of judgment,

    NOW, on motion of Plaintiff, by their attorneys, CSM Legal, P.C., it is hereby ORDERED, ADJUDGED, AND DECREED:

    That Plaintiff have judgment jointly and severally against Defendants Gotham Cleaners, Inc. (d/b/a Gotham Cleaners) and Cory Perlson in the amount of $19,150.17 including compensatory damages and permissible liquidated damages and prejudgment interest, plus post judgment interested as provided in 28 U.S.C. § 1961(a).

    That Plaintiff is awarded attorneys' fees in the amount of $2,322.50, and costs in the amount of $542.00.

- 2 -

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent (15%), as required by NYLL § 198(4).

Dated:        New York, New York
                     _____, 2023

                                              _____
                                              HON. PAUL A. ENGELMAYER
                                              UNITED STATES DISTRICT JUDGE

                                              This document was entered on the docket on

                                              _____.