UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE DE JESUS,

                Plaintiff,

-v-                                          CIVIL ACTION NO. 23 Civ. 4783 (PAE) (SLC)

GOTHAM CLEANERS, INC. d/b/a GOTHAM
CLEANERS and CORY PERLSON,                          **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

This matter having been referred to me to conduct an inquest and to report and recommend concerning Plaintiff's damages and attorneys' fees and costs, it is hereby **ORDERED** that:

1. Plaintiff shall submit proposed findings of fact and conclusions of law concerning damages no later than **November 30, 2023**. Plaintiff must support all factual assertions by affidavit and/or other evidentiary material. Plaintiffs' requested attorneys' fees and costs must be recorded in the form below, adding fields as necessary, and supported by evidentiary material.

2. Defendants shall submit their response to plaintiff's submissions, if any, no later than **December 14, 2023**. IF DEFENDANTS (1) FAIL TO RESPOND TO PLAINTIFF'S SUBMISSIONS, OR (2) FAIL TO CONTACT MY CHAMBERS BY **DECEMBER 14, 2023** AND REQUEST AN IN-COURT HEARING, I INTEND TO ISSUE A REPORT AND RECOMMENDATION

1

CONCERNING DAMAGES BASED ON PLAINTIFF'S WRITTEN SUBMISSIONS ALONE WITHOUT AN IN-COURT HEARING. See Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp., 109 F.3d 105, 111 (2d Cir. 1997) ("it [is] not necessary for the District Court to hold a hearing, as long as it ensured that there was a basis for the damages specified in the default judgment") (quoting Fustok v. ContiCommodity Servs., Inc., 873 F.2d 38, 40 (2d Cir. 1989)).

Plaintiff is directed to serve this Order on Defendants and file proof of service by no later than **November 30, 2023**.

Dated:   New York, New York
         October 31, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2

| Requested Attorneys' Fees | | | |
|---|---|---|---|
| **Timekeeper** | **Requested Rate** | **Requested Hours** | **Requested Total** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL**: | |

| Requested Costs | | |
|---|---|---|
| **Type of Expense** | **Evidence (with ECF cite)** | **Amount Requested** |
| | | |
| | | |
| | | |
| | | |
| | **TOTAL**: | |