UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JORGE DE JESUS,

                Plaintiff,                      23 CIVIL 4783 (PAE)(SLC)

      -against-                            **JUDGMENT**

GOTHAM CLEANERS, INC., et al.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 26, 2024, the Court adopts the Report & Recommendation in full. The Court awards De Jesus (1) Compensatory damages in the amount of $4,060.68, representing $2,642.64 in unpaid straight time wages and $1,418.04 in unpaid overtime wages; (2) Liquidated damages in the amount of $4,060.68; (3) Pre-judgment interest on De Jesus's compensatory damages ($4,060.68) from October 8, 2020 through the date of entry of judgment in the amount of $1512.91; (4) Post-judgment interest pursuant to 28 U.S.C. § 1961; (5) Attorney's fees in the amount of $1,960; and (6) Costs in the amount of $542. Accordingly, the case is closed.

**Dated:**  New York, New York
          November 27, 2024

                                                      **DANIEL ORTIZ**
                                                      **Acting Clerk of Court**

                         **BY:**

                                                    **Deputy Clerk**